IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Civil Action No. 09-cv-02461-CMA

IN THE MATTER OF THE ARBITRATION
BETWEEN QWEST CORPORATION,

    Petitioner,

v.

ORACLE USA, INC.,

    Respondent.

## ORDER FOR JUDGMENT

This matter is before the Court on Qwest Corporation's Motion to Confirm Arbitration Award (Doc. # 1), Motion for Default and For Entry of Arbitration Award (Doc. # 2) and Clerk's Entry of Default as to Oracle USA, Inc. (Doc. # 3). The Court, having reviewed the Motions and Order, the file, and otherwise being fully advised, hereby

ORDERS that Qwest Corporation's Motion for Entry of Arbitration Award is GRANTED. The September 24, 2009 Arbitration Decision (Doc. # 1, Ex. 2) is confirmed as a judgment pursuant to 9 U.S.C. § 9, *et. seq.* of the Federal Arbitration Act and has the same force and effect, in all respects as, and is subject to all the provisions of law relating to, a judgment in an action and may be enforced as if it had been rendered in an action before this Court.

    DATED: March  18 , 2010

                                        BY THE COURT:

                                        _____
                                        CHRISTINE M. ARGUELLO
                                        United States District Judge